UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SHAUN R. DILLON, | Case No. 3:17-cv-00597-LRH-(WGC) |
|---|---|
| Plaintiff, | |
| | **ORDER** |
| v. | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security Administration, | |
| Defendant. | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 18) entered on June 18, 2018, recommending granting plaintiff's Motion for Summary Judgment (ECF No. 14) entered on January 29, 2018, and denying defendant's Cross-Motion to Affirm and Memorandum in Opposition to Plaintiff's Motion for Reversal and/or Remand (ECF No. 15) entered on February 28, 2018. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the

Magistrate Judge's Report and Recommendation (ECF No. 18) entered on June 18, 2018, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 18) entered on June 18, 2018, is ADOPTED AND ACCEPTED, and plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that defendant's Cross-Motion to Affirm and Memorandum in Opposition to Plaintiff's Motion for Reversal and/or Remand (ECF No. 15) is DENIED.

IT IS FURTHER ORDERED that this matter is REMANDED for further proceedings consistent with the Magistrate Judge's Report and Recommendation (ECF No. 18).

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this matter.

IT IS SO ORDERED.

DATED this 19th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE